Here, uh, multiple work staff, one, three, four, five, six, seven, eight , um, At first, we had the idea of bringing your kind of your inter feed, You know kind of giving people what they've been looking for, Uh, what was the audience with us, Are you, What was the audience with us, Are you, Are you, What was the audience with us, Are you, What was the audience with us,  What was the audience
judges: McKeown, W. Fletcher, Fisher